IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20CR86(KAD) |
| v. | |
| PAUL PROSANO | January 7, 2021 |

### REVISED MOTION TO UNSEAL[1]

The United States of America, by Jocelyn Courtney Kaoutzanis, Assistant United States Attorney, moves the Court for an order unsealing the Application for Writ of Habeas Corpus Ad Prosequendum as to Paul Prosano and the motion to seal, all dated August 10, 2021. The United States files this motion because the information contained in these papers can now be disclosed.

WHEREFORE, the United States respectfully requests, that the aforementioned documents all be unsealed.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY



JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel: (203) 821-3756
Federal Bar No. CT30426

---

[1] The Government initially incorrectly noted in the text of the motion to unseal (Docket Entry No. 118) that it was requesting the documents be sealed and is thus, filing this revised motion to fix that error.